# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:25-cr-096 |
| Jesse Desean Riggins, ) | |
| ) | |
| Defendant. ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on April 22, 2026, at 3:30 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 11th day of March, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court